## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**SANDY WILLIAMS**                                                                                    **PLAINTIFF**

**V.**                                  **2:17CV00025 JM**

**CITY OF HELENA-WEST HELENA,**
**ARKANSAS, et al,**                                                                                   **DEFENDANTS**

### ORDER OF DISMISSAL

The Court ordered Plaintiff to file a response on or before the 26th day of October, 2017 stating the reason why he had failed to respond to the Motion to Compel filed by all Defendants on September 27, 2017. This was the second time the Court has had to order Plaintiff to explain why he failed to respond to discovery and failed to respond to a motion to compel filed by the Defendants. In response to the Court's first Show Cause Order, Plaintiff explained that his attorney is a solo practitioner with a small staff, an appeal before the Court of Appeals, and three pending murder cases. Further, Plaintiff's attorney explained that the motion to compel was sent to his spam folder and his client was unavailable to respond for a time. In response to the Court's October 16th Order to Show Cause, Plaintiff merely filed a Notice of Service of Discovery with no response to the Court's Order explaining why Plaintiff did not timely respond to the Defendants' second motion to compel.

Pursuant to Rule 41(b), the Court finds that the case must be involuntarily dismissed without prejudice for failure to follow the Court's Order. *See Link v. Wabash Railroad Co.,* 370 U.S. 626, 82 S.Ct. 1386 (1962). The Clerk is directed to close the case. All pending motions are terminated.

IT IS SO ORDERED this 30th day of October, 2017.

_____
James M. Moody Jr.
United States District Judge