IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**SANDY WILLIAMS**                                                                              **PLAINTIFF**

**V.**                                          **2:17CV00025 JM**

**CITY OF HELENA-WEST HELENA,**
**ARKANSAS, et al,**                                                                           **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE